JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY EAGLEMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>NAPHCARE, INC., and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 8:23-cv-00673-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Defendant's Motion for Summary Judgment [ECF No. 42]" filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. Fictitiously named Defendants Does 1-10 are **DISMISSED**.

3. Defendant NaphCare, Inc. shall have **JUDGMENT** in its favor, and against Plaintiff Sally Eagleman. Plaintiff Sally Eagleman shall take nothing by way of her First Amended Complaint. This action is **DISMISSED**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 19, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE